

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00035-CV

**ARK DIMENSION 4, INC.** and Robert Pospisil,
Appellants

v.

Michelle **GRIFFITH**,
Personal Representative of the Estate of Del O. Amy, deceased,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  September 9, 2015

APPEAL DISMISSED; REVERSED and RENDERED

The parties have filed a joint motion to dismiss this appeal, stating they have reached an agreement fully and finally settling all claims relating to the case. They request that this court render judgment effectuating the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A). The motion is granted. The trial court's judgment signed on October 15, 2014 is reversed, and a take-nothing judgment is rendered in accordance with the parties' settlement agreement. *See* TEX.

R. App. P. 42.1(a)(2)(A), 43.2(c).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM